Jack P. Burden, Esq.
Nevada State Bar No. 6918
**BACKUS, CARRANZA & BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com

Attorneys for Defendant
*Albertson's LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PETER NICASTRO, an individual, | Case 2:20-cv-01465-JAD-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE** |
| ALBERTSON'S LLC; ALBERTSON'S STORES SUB LLC; DOES I through X; and ROE CORPORATIONS I through X inclusive, | |
| Defendants. | ECF No. 15 |

### STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE

Plaintiff PETER NICASTRO, by and through his counsel Jennifer Fornetti, Esq. and Valerie Gray, Esq. of the BOURASSA LAW GROUP. and Defendant ALBERTSON'S LLC, by and through its counsel Jack P. Burden, Esq. of BACKUS, CARRANZA & BURDEN, hereby stipulate to dismiss all claims that have been brought and/or could have been brought in the above titled litigation *with* prejudice.

This dismissal *does* completely resolve this entire matter.

Plaintiff and Defendant hereby further stipulate and agree that each party shall bear its own attorneys' fees and costs.

/ / /

BACKUS, CARRANZA & BURDEN
3050 SOUTH DURANGO
LAS VEGAS, NEVADA 89117
TELE: (702) 872-5555    FAX: (702) 872-5545

This stipulation is entered into in good faith, in the interests of judicial economy and not for the purpose of delay.

**Nicastro v. Albertsons – Case No 2:20-cv-01465-JAD-VCF**

DATED:    SEPTEMBER 7    , 2021          DATED:    SEPTEMBER 7    , 2021

**BACKUS, CARRANZA & BURDEN**                **THE BOURASSA LAW GROUP**

   /s/ Jack P. Burden                                    /s/ Valeria Gray
Jack P. Burden, Esq.                         Jennifer A. Fornetti, Esq.
3050 South Durango Drive                     Valerie Gray, Esq.
Las Vegas, Nevada 89117                      2350 W. Charleston Blvd. #100
(702) 872-5555                               Las Vegas, NV 89102
(702) 872-5545                               T: 702.851.2180
jburden@backuslaw.com                        F: 702.851.2189
*Attorneys for Defendant Albertson's LLC*    JFornetti@blgwins.com
                                             *Attorneys for Plaintiff Peter Nicastro*

**ORDER re 2:20-cv-01465-JAD-VCF**

Based on the parties' stipulation **[ECF No. 15]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 12, 2021

2